# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSARIO JESUS HURTADO, | ) Case No. ED CV 13-945 JSL (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| FRANK X. CHAVEZ, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: _____16 Jan. 2014_____

*Spencer Letts*
_____
HON. J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE